IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDA A. HARDING and
NATHAN PEACHEY,

             Plaintiff,               ORDER

     v.                                     12-cv-149-bbc

ONEIDA COUNTY, et al.,
GARY L. BAIER, GREG BERARD,
TED CUSHING, PAUL DEAN, BILLY FRIED,
DAVE HINTZ, JOHN HOFFMAN,
SCOTT HOLEWINSKI, JACK MARTINSON,
MATT MATTESON, BOB METROPULOS,
DAVID O'MELIA, SONNY PASZAK,
CAROL PEDERSON, TOM RUDOLPH,
JIM SHARON, DENNY THOMPSON,
MIKE TIMMONS, ROMELLE VANDERVEST,
PETER WOLK, JOHN YOUNG and
PATRICK F. O'MELIA., SUCCESSORS,

             Defendants.

---

On March 19, 2012, I directed plaintiffs Linda A. Harding and Nathan Peachey, who are proceeding pro se, to serve their complaint on defendants. I provided plaintiffs with forms and instructions on how to serve a complaint and gave them until May 8, 2012 to file proof of service on the defendants. The deadline has since passed and the court has not received proof of service from plaintiffs or a written explanation of the efforts they have made to serve the defendants.

Although the outside deadline under Fed. R. Civ. P. 4(m) for serving the complaint is July 5, 2012, this court expects plaintiffs promptly to serve their complaint so that they can get a response from the defendants and obtain a schedule from the court for future proceedings, including a firm trial date. So, plaintiffs must provide a status report as to what steps plaintiffs have taken to serve their complaint on the defendants.

ORDER

IT IS ORDERED that plaintiffs Linda A. Harding and Nathan Peachey may have until June 4, 2012, in which to advise the court in writing what steps they have taken to serve their complaint on the defendants. If, by June 4, 2012, plaintiffs fail to respond to this order, the clerk of court is to enter judgment dismissing this action without prejudice for plaintiffs' failure to prosecute.

Entered this 24th day of March, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge