IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDA A HARDING and
NATHAN PEACHEY,

    Plaintiffs,

v.

ONEIDA COUNTY, et al.,
GARY L. BAIER, GREG BERARD,
TED CUSHING, PAUL DEAN, BILLY FRIED,
DAVE HINTZ, JOHN HOFFMAN,
SCOTT HOLEWINSKI, JACK MARTINSON,
MATT MATTESON, BOB METROPULOS,
DAVID O'MELIA, SONNY PASZAK,
CAROL PEDERSON, TOM RUDOLPH,
JIM SHARON, DENNY THOMPSON,
MIKE TIMMONS, ROMELLE VANDERVEST,
PETER WOLK, JOHN YOUNG and
PATRICK F. O'MELIA, et al. successors,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-149-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiffs' failure to prosecute.

_____      6/13/12
Peter Oppeneer, Clerk of Court            Date